# Partners Executive Transportation
## Driver Payment Detail
### Statement Date 10/12/2009

Driver#: **475**  
Driver Name: **BOURKE, LYRON**

Page 1 of 1

### Rides

| Vch# | Date | Account# | Fare | Stops | Wtg Time | Misc Chgs | Tolls | Park | Gratuity | Cel Tel | Net Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 317207 | 09/22/09 | 14604 | $143.00 | $0.00 | $0.00 | $7.15 | $10.00 | $0.00 | $14.37 | $0.00 | $125.83 |
| 317208 | 09/22/09 | 13304 | $55.00 | $0.00 | $10.50 | $3.28 | $5.50 | $0.00 | $0.00 | $0.00 | $51.17 |
| 317209 | 09/22/09 | 15207 | $252.08 | $0.00 | $0.00 | $12.60 | $0.00 | $0.00 | $25.33 | $0.00 | $205.32 |
| 317210 | 09/23/09 | 11807 | $113.00 | $0.00 | $7.70 | $6.04 | $5.50 | $0.00 | $0.00 | $0.00 | $90.91 |
| 317211 | 09/23/09 | 10005 | $55.00 | $0.00 | $10.50 | $3.28 | $5.50 | $0.00 | $4.39 | $0.00 | $55.56 |
| 317212 | 09/23/09 | 20105 | $95.00 | $0.00 | $0.00 | $4.75 | $5.50 | $0.00 | $9.55 | $0.00 | $81.95 |
| 317213 | 09/23/09 | 12807 | $71.00 | $7.00 | $21.70 | $4.99 | $8.00 | $0.00 | $10.02 | $0.00 | $88.31 |
| 317214 | 09/23/09 | 1000 | $55.68 | $0.00 | $0.00 | $0.68 | $5.50 | $3.00 | $3.73 | $0.00 | $48.72 |
| 317215 | 09/23/09 | 10706 | $68.00 | $0.00 | $45.50 | $5.68 | $11.00 | $0.00 | $11.41 | $0.00 | $102.64 |
| 317216 | 09/25/09 | AX | $55.00 | $0.00 | $17.50 | $3.63 | $5.50 | $0.00 | $0.00 | $0.00 | $56.21 |
| 317217 | 09/25/09 | 0003 | $121.00 | $14.00 | $98.00 | $11.65 | $5.50 | $0.00 | $31.22 | $0.00 | $202.98 |
| 117481 | 09/25/09 | 15708 | $46.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29.32 |
| 317218-WT | 09/25/09 | 13105 | $0.00 | $0.00 | $87.50 | $4.38 | $0.00 | $0.00 | $0.00 | $0.00 | $63.01 |
| 317219 | 09/25/09 | 12305 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$19.65 |
| 317220 | 09/26/09 | 12907 | $47.00 | $0.00 | $0.00 | $2.35 | $0.00 | $0.00 | $3.15 | $0.00 | $35.49 |
| 317221 | 09/26/09 | 12105 | $160.00 | $0.00 | $21.00 | $9.05 | $14.00 | $0.00 | $0.00 | $0.00 | $142.82 |
| 317223-WT | 09/26/09 | 13105 | $0.00 | $0.00 | $84.00 | $4.20 | $0.00 | $0.00 | $0.00 | $0.00 | $60.48 |
| 317222 | 09/26/09 | 12105 | $160.00 | $27.00 | $105.00 | $14.60 | $14.00 | $0.00 | $0.00 | $0.00 | $222.74 |
| 317224 | 09/27/09 | 12105 | $165.00 | $165.00 | $70.00 | $20.00 | $25.00 | $0.00 | $0.00 | $0.00 | $311.50 |
| 317225 | 09/27/09 | 15308 | $55.00 | $0.00 | $0.00 | $0.00 | $5.50 | $0.00 | $0.00 | $0.00 | $40.85 |
| **Total Rides: 20** | | | $1716.76 | $213.00 | $578.90 | $118.31 | $126.00 | $3.00 | $113.17 | $0.00 | $1996.16 |

### Deductions

| Description | Amt Rqd | Amt Pd | YTD | Description | Amt Rqd | Amt Pd | YTD |
|---|---|---|---|---|---|---|---|
| BASE FEE | $45.00 | $45.00 | $1575.00 | INSURANCE - 8/09 - 8/10 | $20.00 | $20.00 | $270.00 |
| FINE | $5.00 | $5.00 | $5.00 | | | | |
| **Total** | $70.00 | $70.00 | $1850.00 | | | | |

### Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Opening Bal: | $0.00 | Adjustments: | 0 | Deduction Due: | $70.00 | Ride Gross: | $2,869.14 | YTD Gross: | $61,731.01 |
| Closing Bal: | | Processed Vouc.: | 20 | Deds Taken: | $70.00 | Ride Net: | $1,996.16 | YTD Net: | $43,002.23 |
| | | | | Check Amount: | $1926.16 | | | | |
| | | Drv Svc Chg: | $27.00 | | | Tolls+Prk: | $129.00 | YTD Toll+Prk: | $2,876.95 |

T1